# RETURN OF SERVICE

CAB-01-84

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6-29-01 |
| NAME OF SERVER (PRINT) Guadalupe Izaguirre Rio 924 | TITLE Deputy Constable |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Residence 2434 Carnessi Apt D Brownsville TX 78521

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

JUL 16 2001

Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-29-01
             Date

Signature of Server
ABEL PEREZ JR.
Constable Pct. 2
Cameron County
974 E. Harrison Brownsville
Address of Server           TX 78520

Guadalupe [signature]
Rio 924

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.