3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION



JUL 3 0 2001

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| vs. | § | C.A. No.: B-01-84 |
| | § | (Claim No. 78523) |
| ALEIDA MARTINEZ, | § | |
| Defendant. | § | |

## REQUEST FOR ENTRY OF DEFAULT

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Aleida Martinez, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on 5/21/01. Defendant was personally served with a copy of the Citation and Summons on 6/29/01 by Deputy Constable Constable Guadalupe Izaguirre, which executed summons was filed with the Court on or about 7/16/01.

2. As of July 25, 2001 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _/s/ M. H. Cersonsky_

M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent on July 26, 2001, to:

Aleida Martinez
2434 Carnessi Apt. #D
Brownsville, Texas 78521

_____
M.H. Cersonsky

c:\My Documents\DOJ\Judgments\Default Judgments\Brownsville.Forms\Aleida Martinez.Req
Page 2