4

COPY

United States District Court
Southern District of Texas
FILED

JUL 3 1 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-01-84 |
| | § | (Claim No. 78523) |
| ALEIDA MARTINEZ, | § | |
| | § | |
| Defendant. | § | |

## CLERK'S ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, she has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Aleida Martinez.

Signed on this 31st day of July, 2001, at Brownsville, Texas.

MICHAEL MILBY, DISTRICT CLERK

By: _Michael N. Milby, Clerk_
_____, Deputy Clerk