6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 5 2001

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § |
| --- | --- |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § C.A. No.: B-01-84 |
| | § (Claim No. 78523) |
| ALEIDA MARTINEZ, | § |
| | § |
| Defendant. | § |

United States District Court
Southern District of Texas
ENTERED

AUG 1 7 2001

Michael N. [Milby]
By Deputy Clerk

## DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Aleida Martinez has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Aleida Martinez:

| | |
| --- | --- |
| Principal Balance: | $ 4,381.07 |
| Total Interest Accrued (As of June 3, 1998) | $ 3,381.84 |
| Administrative fees, costs and penalties | $ 8.02 |
| Attorney's Fees | $ 550.00 |
| | $ 8,320.93 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $ 8,320.93 |

Interest Rate:  9.13%
Daily Accrual: $1.10

Post-judgment interest at 3.56 % per annum.

Signed August 14 , 2001, at Brownsville, Texas.

_____
United States District Judge